IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SADA MXC, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-cv-323-B |
| | § | |
| JPMORGAN CHASE BANK N.A., and | § | |
| JPMORGAN CHASE & CO., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff Sada MXC, LLC, respectfully dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

McCathern, PLLC

*/s/ Arnold H. Shokouhi*_____
Arnold H. Shokouhi
State Bar No. 24056315
ashokouhi@mccathernlaw.com
Noah McCathern
State Bar No. 24118035
3710 Rawlins Street, Suite 1600
Dallas, Texas 75219
Tel: 214-741-2662
Fax: 214-741-4717

**ATTORNEYS FOR PLAINTIFF
SADA MXC, LLC.**